535 A.2d 1050

**George ZERR, Appellant,**

**v.**

**John STOTT, Esquire, and John Stott (Esquire), a Professional Corporation.**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1987.

Decided Jan. 19, 1988.

Robert Senville, Robert J. Manara, Louis M. Shucker, Reading, Laurence E. Norton, II, Carlisle, for amicus curiae—Legal Services Center.

Brian F. Boland, John J. Speicher, Reading, for amicus curiae—Pa. Bar Assoc. & Berks Co. Bar Assoc.

Andrew S. Gordon, Harrisburg, for amicus curiae—Pa. Atty. Gen.

John G. Knorr, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, JJ., dissents.